# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**KATHLEEN ERSKINE,**

    Plaintiff,

v.     Civil Action No. 2:12-cv-14426

**PALISADES COLLECTION, LLC; and
DOE 1-5**

    Defendants.

_____

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Kathleen Erskine and defendant Palisades Collection,LLC have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date:  January 11, 2013     /s/Brooke Terpening_____
    BROOKE TERPENING, ESQ.
    (FL Bar ID 59574)
    Attorney for Plaintiff
    Centennial Law Offices
    9452 Telephone Rd. 156

1

Ventura, CA. 93004
(888)308-1119 ext. 130
B.Terpening@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, January 11, 2013, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

PALISADES COLLECTION, LLC
210 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632

                                           s/Brooke Terpening_____
                                           BROOKE TERPENING, ESQ.
                                           (FL Bar ID 59574)
                                           Attorney for Plaintiff
                                           Centennial Law Offices
                                           9452 Telephone Rd. 156
                                           Ventura, CA. 93004
                                           (888)308-1119 ext. 130
                                           B.Terpening@centenniallawoffices.com