# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**KATHLEEN ERSKINE,**

    Plaintiff,

v.                                    Civil Action No. 2:12-cv-14426

**PALISADES COLLECTION, LLC; and
DOE 1-5**

    Defendants.

_____

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Kathleen Erskine and defendant Palisades Collection,LLC have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date:  January 11, 2013                          /s/Brooke Terpening_____  
                                                                    BROOKE TERPENING, ESQ.  
                                                                      (FL Bar ID 59574)  
                                                                      Attorney for Plaintiff  
                                                                      Centennial Law Offices  
                                                                      9452 Telephone Rd. 156

1

2

        Ventura, CA. 93004
        (888)308-1119 ext. 130
        B.Terpening@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, January 11, 2013, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

PALISADES COLLECTION, LLC
210 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632

                                               s/Brooke Terpening_____
                                               BROOKE TERPENING, ESQ.
                                               (FL Bar ID 59574)
                                               Attorney for Plaintiff
                                               Centennial Law Offices
                                               9452 Telephone Rd. 156
                                               Ventura, CA. 93004
                                               (888)308-1119 ext. 130
                                               B.Terpening@centenniallawoffices.com