# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**KATHLEEN ERSKINE,**

      Plaintiff,

**v.**                                                          Civil Action No. 2:12-cv-14426

**PALISADES COLLECTION, LLC; and
DOE 1-5**
      **Defendants.**

_____

## NOTICE OF VOLUNTARY DISMISSAL

    **NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date:  February 4, 2013                                    /s/Brooke Terpening_____
                                                                       BROOKE TERPENING, ESQ.
                                                                        (FL Bar ID 59574)
                                                                        Attorney for Plaintiff
                                                                        Centennial Law Offices
                                                                        9452 Telephone Rd. 156
                                                                        Ventura, CA. 93004
                                                                        (888)308-1119 ext. 130
                                                                        B.Terpening@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

I certify that on this date, February 4, 2013, I mailed a copy of the foregoing

NOTICE OF VOLUNTARY DISMISSAL, First Class U.S. Mail, to the following party:

PALISADES COLLECTION, LLC
210 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632

        s/Brooke Terpening_____
        BROOKE TERPENING, ESQ.
        (FL Bar ID 59574)
        Attorney for Plaintiff
        Centennial Law Offices
        9452 Telephone Rd. 156
        Ventura, CA. 93004
        (888)308-1119 ext. 130
        B.Terpening@centenniallawoffices.com