UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 12-14426-CIV-MARTINEZ-LYNCH

KATHLEEN ERSKINE,

    Plaintiff,

vs.

PALISADES COLLECTION, LLC; and DOE 1-5,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (**D.E. No. 10**). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of February, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record